Marylou COTRONA

v.

JOHNSON & WALES.

No. 81–621–M.P.

Supreme Court of Rhode Island.

Feb. 18, 1982.

Pearlman & Vogel, Morton J. Marks, Thomas W. Pearlman, Larry Dub, Providence, for petitioner.

Higgins, Cavanagh & Cooney, Gerald C. DeMaria, Mark P. McKenney, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

Charles PINTO

v.

John MORAN.

No. 82–89–M.P.

Supreme Court of Rhode Island.

Feb. 25, 1982.

John F. Cicilline, Providence, for petitioner.

Dennis J. Roberts, II, Atty. Gen., for respondent.

ORDER

The petition for writ of habeas corpus is denied.